Same case below, 626 F.3d 799.

———

**No. 10-1320. Alex Blueford, Petitioner v. Arkansas.**

565 U.S. 941, 132 S. Ct. 397, 181 L. Ed. 2d 255, 2011 U.S. LEXIS 7339.

October 11, 2011. Petition for writ of certiorari to the Supreme Court of Arkansas granted.

Same case below, 2011 Ark. 8, 370 S.W.3d 496.

———

**No. 10-1447. Duane Bonds, Petitioner v. Kathleen Sebelius, Secretary of Health and Human Services, et al.**

565 U.S. 941, 132 S. Ct. 398, 181 L. Ed. 2d 255, 2011 U.S. LEXIS 7306.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 629 F.3d 369.

———

**No. 10-1478. Aubrey E. Henry, et ux., Petitioners v. Jefferson County Commission, et al.**

565 U.S. 941, 132 S. Ct. 399, 181 L. Ed. 2d 255, 2011 U.S. LEXIS 7407.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 637 F.3d 269.

———

**No. 10-1513. Tom Defoe, a Minor, By and Through His Parent and Guardian, Phil Defoe, et al., Petitioners v. Sid Spiva, et al.**

565 U.S. 941, 132 S. Ct. 399, 181 L. Ed. 2d 255, 2011 U.S. LEXIS 7437.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 625 F.3d 324.

———

**No. 10-9659. Felix Rocha, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 941, 132 S. Ct. 397, 181 L. Ed. 2d 255, 2011 U.S. LEXIS 7268.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 619 F.3d 387 and 626 F.3d 815.

———

**No. 10-10351. Charles R. Robinson, Petitioner v. William A. Sherrod, Warden.**

565 U.S. 941, 132 S. Ct. 397, 181 L. Ed. 2d 255, 2011 U.S. LEXIS 7409.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 631 F.3d 839.